PER CURIAM.
Affirmed. See State v. Perez-Garcia, 917 So.2d 894 (Fla. 3d DCA Case no. 3D04-1510, opinion filed, Oct. 12, 2005); State v. Howard, 909 So.2d 390 (Fla. 1st DCA 2005); see also Cady v. Dombrowski, 413 U.S. 433, 93 S.Ct. 2523, 37 L.Ed.2d 706 (1973); Hilton v. State, 901 So.2d 155 (Fla. 2d DCA 2005), notice for discretionary review filed, No. SC05-438 (Fla. March 14, 2005); Tubbs v. State, 897 So.2d 520, 523 (Fla. 3d DCA 2005); Cobb v. State, 378 *66 So.2d 82 (Fla. 3d DCA 1979), cert. denied, 388 So.2d 1111 (Fla.1980); State v. Tully, 166 Conn. 126, 348 A.2d 603 (1974).